# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHELLIE LEWIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> VILLAGE OF ALSIP, <br><br> Defendant. | No. 21-cv-02124 <br><br> Judge Ronald Guzman |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, through counsel, respectfully requests that this Honorable Court enter judgment for Defendant as to all claims. In support, Plaintiff states as follows:

1. On July 27, 2021, this Court granted Defendant's motions to dismiss Plaintiff's first amended complaint without prejudice and gave Plaintiff until August 13, 2021, to file a second amended complaint. ECF 19.

2. Plaintiff does not intend to amend her complaint but intends to seek review of the decision by the Seventh Circuit.

3. Plaintiff respectfully requests that this Court enter judgment consistent with the Court's ruling on the motion to dismiss so that Plaintiff may file her notice of appeal pursuant to 28 U.S.C. §1291 on her due process claim against Defendant.

4. Plaintiff's counsel discussed her intention to file this motion with counsel for Defendant, and it is unopposed.

WHEREFORE, Plaintiff respectfully requests that this Court enter final judgment for Defendant.

> Respectfully submitted,
>
> /s/ Mark G. Weinberg
> /s/ Adele D. Nicholas
> *Counsel for Plaintiff*

Law Office of Mark G. Weinberg
3612 N. Tripp Avenue
Chicago, Illinois 60641
(773) 283-3913
mweinberg@sbcglobal.net

Law Office of Adele D. Nicholas
5707 W. Goodman Street
Chicago, Illinois 60630
(847) 361-3869
adele@civilrightschicago.com

2